UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GURI GONZALEZ,<br><br>      Plaintiff,<br><br>v.<br><br>KJE INC.,<br><br>      Defendant. | Case No. 2:23-cv-09916-SB-JPR<br><br>ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

    Defendant KJE Inc. was served on December 22, 2023, and its responsive pleading was due January 12, 2024.  Dkt. No. 10.  Defendant has failed to respond, and Plaintiff has not sought entry of default.  Plaintiff is ordered to show cause, in writing, no later than January 23, 2024, why this action should not be dismissed for lack of prosecution.  No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.

    The Court will consider as an appropriate response to this order to show cause (OSC) the filing, on or before January 23, 2024, of an application for entry of default under Federal Rule of Civil Procedure 55(a).  The filing of such an application shall result in the automatic discharge of this OSC without further order.  Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiff's claims against Defendant.

Date: January 17, 2024

                                                    Stanley Blumenfeld, Jr.
                                                    United States District Judge